```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARY RATNER,

                          Plaintiff,
                                                               ORDER
            -against-                                          CV 07-4742 (JS)(ARL)

MARTEL ELECTRONICS CORPORATION,
et al.,

                          Defendants.
-------------------------------------------------------------X
```

**LINDSAY, Magistrate Judge:**

     Before the court is a motion to permit Brett Schatz to appear pro hac vice on behalf of the defendant Martel Electronics Corporation ("Martel"). The *pro se* plaintiff, Cary Ratner, opposes the motion on the ground that Mr. Schatz is representing Martel in an action pending in the Western District of Washington, which also seeks to invalidate the plaintiff's patent. The plaintiff's argument is not a basis to deny Mr. Schatz' application. Local Civil Rule 1.3 provides:

> "[a] member in good standing of the bar of any state or of any
> United States District Court may be permitted to argue or try a
> particular case in whole or in part as counsel or advocate, upon
> motion and upon filing with the Clerk of the District Court a
> certificate of the court for each of the states in which the applicant is
> a member of the bar, which . . . states that the applicant is a member
> in good standing of the bar of that state court.

Mr Schatz has submitted a certificate of good standing from the State of Ohio and has indicated in a sworn affidavit that there are no pending disciplinary proceedings against him in any state or federal court. Accordingly, Mr. Schatz has satisfied the requirements of Local Rule 1.3 and his motion is granted.

Dated: Central Islip, New York           **SO ORDERED:**
       January 15, 2008

                                                                           _____/s/_____
                                                                           ARLENE R. LINDSAY
                                                                           United States Magistrate Judge